3:23-mj-00082

| | |
|---|---|
| DISTRICT OF OREGON ) | |
| ) ss. | AFFIDAVIT OF TODD HOAGLAND |
| COUNTY OF MULTNOMAH ) | |

### Affidavit in Support of a Criminal Complaint

I, Todd Hoagland, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.    I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). I am currently employed as a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice and have been so employed since November 2022. In that capacity, I investigate violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et. Seq.* In December 2022 I was assigned to the Salem, Oregon Resident Office. I have completed sixteen (16) weeks of DEA Basic Agent Training at the Justice Training Center in Quantico, Virginia. I am familiar with investigations of drug trafficking organizations, methods of importation and distribution of controlled substances, and financial investigations. I have been co-case agent on several investigations involving organizations trafficking several controlled substances to include cocaine, heroin, methamphetamine, and fentanyl.

### Purpose of Affidavit

2.    This affidavit is submitted to support criminal complaint and arrest warrant for Misuel Cruz-Barrales, Hispanic male, date of birth xx/xx/2000 (hereinafter "BARRALES") for possession with intent to distribute the controlled substances fentanyl, heroin, cocaine, and methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

3. I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below; from oral reports of other law enforcement officers; and, from records, documents and other evidence obtained during this investigation.

4. On April 23, 2023, at approximately 10:30 a.m., Salem DEA Task Force Officer (TFO) Miller, who is also a canine handler for Oregon State Police (OSP), initiated a traffic stop on a vehicle operated by BARRALES for a traffic violation as BARRALES and Andres Cruz-Hernandez traveled northbound on I-5 near milepost 244, south of Salem, Oregon. There were only two people in the vehicle. BARRALES was the driver of the vehicle and Hernandez was the passenger. Hernandez was identified by a Mexico identification card and BARRALES did not have any type of identification on his person.

5. During the encounter, TFO Miller called OSP Trooper Zuniga, a native Spanish speaker, to provide Spanish translation for BARRALES. TFO Miller asked BARRALES if he had any controlled substances in the vehicle to include cocaine, fentanyl, heroin, methamphetamine and marijuana. BARRALES stated that he had marijuana in the vehicle that he had brought from Sacramento, California. TFO Miller informed BARRALES that it was a crime to transport marijuana across state lines into Oregon.

6. TFO Miller asked BARRALES if he would consent to TFO Miller searching the interior of the vehicle to which BARRALES declined. TFO Miller then asked BARRALES if he would mind if TFO Miller deployed his canine to the exterior of the vehicle. BARRALES stated that he did consent to a canine deploying to the exterior of his vehicle.

7. TFO Miller did not initially deploy his canine but searched the vehicle based on the probable cause developed by BARRALES transporting marijuana across state lines into Oregon. Pursuant to this search, TFO Miller located a small amount of marijuana in the glove

box. TFO Miller then opened the trunk of the vehicle and found two duffle bags and subsequently deployed his canine which provided a positive alert to the duffle bags. TFO Miller found numerous packages (shown in the photograph below) inside two duffel bags located in the trunk. SA Thomas and I later examined the packages seized from the vehicle. There were 18 packages of suspected methamphetamine, 14 packages of suspected fentanyl powder, one package of suspected heroin, and four packages of suspected cocaine. TFO Miller performed field tests on one of each of the suspected methamphetamine, fentanyl, heroin, and cocaine packages. Each test provided a presumptive positive result for the presence of the respective controlled substance. The total weights of the suspected substances are as follows, to include packaging material:

    Methamphetamine – 24.4 kilograms

    Fentanyl – 15.0 kilograms

    Heroin – 0.6 kilograms

    Cocaine – 4.6 kilograms



**Affidavit of DEA Special Agent Todd Hoagland**　　　　　　　　　　　　　　　　　**Page 3**

8.	Based on my training and experience, to include the experience of other officers with whom I have spoken, I know that the quantities of controlled substances described above are not user quantities but rather indicates they were possessed for purposes of further distribution.

9.	Salem Police Department Detective Zambrano, a native Spanish speaker, later informed both Hernandez and BARRALES of their *Miranda* rights. Hernandez asked to speak with an attorney before answering any questions and was not questioned. Det. Zambrano and I later interviewed BARRALES. BARRALES reported that he contacted a friend who gave him a number to call for a "job." BARRALES stated that he knew the "job" would involve drugs. BARRALES stated that he called the number that was provided to him and a male answered and told to drive to a park in Sacramento, California. BARRALES stated that he arrived at the park with Hernandez and a woman put the two bags into the trunk of the vehicle and that they were instructed to call when they get close to Seattle, Washington for further instructions.

## Conclusion

10.	Based on the foregoing, I have probable cause to believe, and I do believe, that BARRALES committed the crime of possession with intent to distribute the controlled substances methamphetamine, fentanyl, heroin, and cocaine, in violation of Title 21, United States Code, Section 841(a)(1). I therefore request that the Court issue criminal complaint and arrest warrant for BARRALES.

11.	Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney Lewis Burkhart. AUSA Burkhart advised me that in his opinion the affidavit and complaint are legally and

factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
TODD HOAGLAND
Special Agent
Drug Enforcement Administration

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __8:36__ a.m./p.m. on __24th__ day of April, 2023.

_____
HONORABLE STACIE F. BECKERMAN
UNITED STATES MAGISTRATE JUDGE